UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>CECELIA ASENCIO,<br><br>    Defendant/Judgment Debtor,<br><br>    and<br><br>HIGH RISE GLAZING SPECIALIST LLC,<br><br>    Garnishee. | Cause No. MC21-0044RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for a continuing lien on the earnings of Judgment Debtor Cecelia Asencio. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiff's counsel on April 7, 2021.

Dated this 8th day of April, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1